**Exhibit A to the Complaint**

**Location:** Brooklyn, NY
**Total Works Infringed:** 48

**IP Address:** 108.41.143.19
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 07-22-2021 21:03:35 | Blacked | 05-15-2018 | 06-19-2018 | PA0002126654 |
| 2 | Info Hash: AAB15EB6E98FA67B859CE1568C22EE7BB5A0D9CD File Hash: 3F8B7417C348F235A5C45698C954C60C53720C773BC939E84E2E8E680EB1D344 | 07-13-2021 19:26:38 | Blacked Raw | 08-30-2018 | 10-16-2018 | PA0002127777 |
| 3 | Info Hash: 06420DDBD4F9B7FCEF7939FB60D5DCE81CB68B7F File Hash: 342762915BB4916D7130BA1B9F2194EA012382CD60E5D91AC8E942C74F15B073 | 07-13-2021 19:17:26 | Blacked Raw | 07-21-2019 | 08-27-2019 | PA0002213243 |
| 4 | Info Hash: A59C9BC91187668B482B4AFC81502BED6BB07C7C File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 07-13-2021 15:39:34 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |
| 5 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65 File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 07-13-2021 15:36:57 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 6 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 07-13-2021 15:34:43 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 7 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 07-13-2021 15:33:16 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 8 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788 File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 07-13-2021 15:32:04 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124 File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 07-06-2021 15:53:30 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 10 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-06-2021 15:33:28 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 11 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-04-2021 16:36:05 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 12 | Info Hash: 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD File Hash: 801BC053AC78CEDC56C3027F83372479B9509FACAF125689D73D42AA9B3E67EA | 06-29-2021 22:42:18 | Blacked | 09-27-2017 | 10-10-2017 | PA0002057451 |
| 13 | Info Hash: D28DB73522EC886FE3C7FF121F08DA1296C83B70 File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 06-29-2021 14:32:06 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 14 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747 File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-20-2021 15:27:42 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 15 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695 File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 06-20-2021 01:24:10 | Tushy | 04-16-2018 | 06-18-2018 | PA0002126681 |
| 16 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775 File Hash: 4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 06-06-2021 16:02:23 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 17 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79 File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 06-05-2021 22:50:21 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: C57A12522E397BD759570CF121BA12331C01D6AF File Hash: DABBD34ECFDE30CCF6F078604656599120FE37F7421166A4E267C0EA1DE146AC | 05-31-2021 22:55:52 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 19 | Info Hash: 82980AB876C2E0D6AD6D7D00937AD920F8211267 File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 05-31-2021 15:48:21 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 20 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72 File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05-31-2021 15:34:22 | Blacked Raw | 05-22-2019 | 07-17-2019 | PA0002188299 |
| 21 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-26-2021 15:53:18 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 22 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94 File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-18-2021 15:31:45 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 23 | Info Hash: E96D13E31AC3B7D665F1DF9F79FD1AD873F551C6 File Hash: 5320B61FFB147AC701E6771C9C61262B00D6B49769877513C53F9F56AB62C928 | 05-11-2021 16:57:06 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 24 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408 File Hash: E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 05-09-2021 20:37:24 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 25 | Info Hash: 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 File Hash: F0C307D2A5574814D7D7F9FAA1622E84AC38804CFE1E666608F0B94488BC0211 | 05-09-2021 20:31:08 | Blacked Raw | 09-09-2018 | 10-16-2018 | PA0002127792 |
| 26 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F File Hash: A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 04-28-2021 20:14:43 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952 File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 04-28-2021 18:50:17 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 28 | Info Hash: 18FFD959AA2BCC3398C05A9891815D71F3AA86D8 File Hash: 1EE9ED77F80DC7E54E4C70CA5224704F43BB82A137114BF49F0E39D3F30780EA | 04-28-2021 15:17:47 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 29 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 04-28-2021 15:09:07 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 30 | Info Hash: 13835534F0E25A22BB5EFAE20476304004ED076A File Hash: 07E7FB0504FBC0F7C2118D41CED7932CF011BE56D58763473B398AEC78EFC1E3 | 04-27-2021 20:59:15 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 31 | Info Hash: 46D49B0B21D9273260AB60808F2887D63B8828AC File Hash: 989543B320619328762A1D79B36C4F44B8142E2E73B55B114C574E5556DD30FE | 04-12-2021 15:53:19 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 32 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 04-09-2021 05:08:41 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 33 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94 File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 04-09-2021 04:53:01 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 34 | Info Hash: 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 File Hash: F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 04-08-2021 19:18:48 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |
| 35 | Info Hash: F23CE0EB6C62308551BE854342A7AE58F97BEBA2 File Hash: C5424E9DFB5F9E738779CF795712A58F3CA5D19B0141754548D97AB8BA227318 | 04-08-2021 16:14:49 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455 File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-06-2021 15:51:46 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 37 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0 File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 04-05-2021 15:59:38 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 38 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2 File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 03-30-2021 16:22:41 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 39 | Info Hash: 35FC391D7869DA183CB119D3D676978EC11ADDB9 File Hash: BE7FA0E9046E5052989B028E082C94C5A4FB9F7076FEEE4A70FB899BE57B1707 | 03-26-2021 21:22:13 | Blacked Raw | 12-13-2017 | 01-02-2018 | PA0002097434 |
| 40 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-18-2021 15:10:32 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 41 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 03-17-2021 16:21:07 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 42 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 03-17-2021 16:09:37 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 43 | Info Hash: E05487E1CF7CAA07BA8E218D2504F4AEC30906DB File Hash: C7C8F393602BEAC95B913F1D5021A9C80232024434D66ED0AC78F6E611123D02 | 03-17-2021 15:37:32 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 44 | Info Hash: 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 File Hash: A0AAFA709D58361236376E333AA20DAFED8EE64CD3F5151853A6448C2549C8CA | 03-16-2021 16:00:51 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: AEAA45C76743CB9B99B6B3487398E9FCD3BB350D File Hash: 948A11C658DF179B7D3F859B11D03C23D7E1B160192066D43C2A3050C2D42536 | 03-14-2021 15:46:10 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 46 | Info Hash: 40B618515790CB5245901B36028EC5CF962DB9B0 File Hash: 3B4F63B3EA800CD166A83F1D6D63EA40DA6B878EDF8034E5928B9FB164E6E88C | 03-06-2021 19:17:23 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 47 | Info Hash: 9CBD00752F23E2747A4221C94EFABF97545531D1 File Hash: 03FB86B0416404EBEB7E2CAAD117A6CC405AFAD4A22833A8D4CC7426B760C80F | 03-01-2021 16:37:15 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 48 | Info Hash: 38794030B4BB4CC919E087C25AE5D59D6D48B8EE File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 02-28-2021 16:44:52 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |